UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| BAKER, SCOTT E | ) | BANKRUPTCY CASE 09-15149 |
| BAKER, CAROL L | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

       Claim #11    Allen County Public Library        $1.29
                            900 Library Plaza
                            Fort Wayne, IN  46802

Total Check Amount = $1.29

                                              Respectfully submitted,

                                              /s/ Dustin M. Roach
                                              Dustin M. Roach, Chapter 7 Trustee
                                              436 East Wayne Street
                                              Fort Wayne, Indiana  46802
                                              Telephone: 260-424-8132
                                              dmrtrustee@vgtlaw.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 19th day of October 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                              /s/ Dustin M. Roach
                                              Dustin M. Roach, Trustee